Motion Granted; Reversed and Remanded and
Memorandum Opinion filed January 27, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01132-CV

____________

 

CONGLOBAL INDUSTRIES, INC., Appellant

 

V.

 

MICHAEL LAFLEUR, Appellee

 

 



On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No.2008-68475

 

 

 



M E M O R
A N D U M   O P I N I O N

This is an appeal from a judgment signed August 19, 2010.  On
December 9, 2010, this court referred the case to mediation.  On January 20, 2011,
the parties filed a joint motion to reverse the judgment and remand the cause
to the trial court for entry of a take-nothing judgment in accordance with the
parties’ settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

            Accordingly, the judgment is reversed and the cause remanded
to the trial court for proceedings consistent with this opinion.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Frost and Christopher.